OKED 442 (Rev. 09/15)

RECEIVED

SEP 1 2 2024

U.S. Marshals
Eastern Oklahoma

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America | ) | **SEALED** |
| v. | ) | |
| | ) | |
| | ) | Case No. CR-24-145-JFH |
| STEPHANIE LEIGH RODGERS, a/k/a | ) | |
| Stephanie Larsen | ) | |
| *Defendant* | ) | |
| | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
STEPHANIE LEIGH RODGERS, a/k/a Stephanie Larsen
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Ct. 1: Possession with Intent to Distribute Methamphetamine



DATE: 09/11/2024
Muskogee, Oklahoma

*WARRANT ISSUED:*
BONNIE HACKLER, Clerk

By: _____
*Deputy Clerk*

| Return |
|---|
| This warrant was received on *(date)* 9/12/2024, and the person was arrested on *(date)* 10/2/2024 at *(city and state)* Muskogee, OK. |
| Date: 10/2/2024     FILED     OCT - 2 2024     _____ *Arresting officer's signature* |
| CHRIS MARSICO  DUSM _____ *Printed name and title* |

BONNIE HACKLER
Clerk, U.S. District Court

By _____
*Deputy Clerk*